IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JUNE A. LANGFORD                                                                         PLAINTIFF

v.                  CIVIL NO. 05-3051

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                  DEFENDANT

## **J U D G M E N T**

Now on this 5th day of October, 2006, comes on for consideration the Report and Recommendation dated September 13, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.

                                                             /s/Jimm Larry Hendren
                                                             HON. JIMM LARRY HENDREN
                                                             UNITED STATES DISTRICT JUDGE